ARNOLD A. PETER (SBN 120091)
apeter@raskinpeter.com
RICK R. SMITH (SBN 232908)
rsmith@raskinpeter.com
ALICIA C. ANDERSON (SBN 260937)
aanderson@raskinpeter.com
RASKIN PETER RUBIN & SIMON LLP
1801 Century Park East, Suite 2300
Los Angeles, California 90067-2325
Telephone:  (310) 277-0010
Facsimile:  (310) 277-1980

Attorneys for Plaintiff
CASSONDRA TODD

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSONDRA TODD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUIDANCE SOFTWARE, INC.,<br><br>　　　　Defendant. | CASE NO. SACV 08–1354 JVS (ANx)<br><br>**ENTRY OF JUDGMENT** |

　　The above-captioned matter came before the Court for hearing, as noticed, on May 11, 2009, at 1:30 p.m.  All parties having been given an opportunity to present such objections to the Court, the Court having heard and considered the matter, including all papers filed in connection therewith, oral presentations of counsel and any objections raised at said hearing, and good cause appearing therefore, the Court entered an Order,

ENTRY OF JUDGMENT 1

dated May 11, 2009, GRANTING IN PART and DENYING IN PART Plaintiff's Motion for Attorneys' Fees and Costs. The Court held that Plaintiff was entitled to recovery of reasonable attorneys' fees and costs, and awarded Plaintiff $321,915.00 in attorneys' fees and $9,846.81 in costs. Furthermore, the Court ordered that Defendant shall pay directly to Aon Consulting, Plaintiff's electronic discovery expert, the total amount of $46,100.00.

ACCORDINGLY, THE COURT HEREBY FINDS, DETERMINES, ORDERS AND ADJUDGES AS FOLLOWS:

1. All prior orders of the Court shall remain in full force and effect.
2. Judgment is hereby by entered in favor of Plaintiff and against Defendant in the total amount of $331,761.81, including fees and costs.
3. Defendant shall forthwith make payment directly to Aon Consulting in the amount of $46,100.00.
4. Without in any way affecting the finality of this Judgment, the Court shall retain continuing jurisdiction over this action and the parties to this action so as to enter any further orders as may be necessary to enforce, protect and effectuate the provisions of this Judgment.

Dated: May 27, 2009

IT IS SO ORDERED

*/s/ James V. Selna*

The Honorable James V. Selna
United States District Judge

ENTRY OF JUDGMENT 2